# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

AGUSTIN LEON MORETA; SILVIA SAENZ MONTENEGRO; and A.J.L.S.,

    Plaintiffs,

v.             No. 1:21-cv-143 WJ-KRS

ALEJANDRO MAYORKAS, U.S. Secretary of Homeland Security; TRACY RENAUD, Acting Director of U.S. Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States; MERRICK B. GARLAND, U.S. Attorney General [1]; CHRISTOPHER WRAY, Director of Federal Bureau of Investigations; FEDERAL BUREAU OF INVESTIGATIONS; in their official capacity,

    Defendants.

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINT

This matter comes before the Court on Defendants' Unopposed Motion for Extension of Time to Answer Plaintiffs' Complaint (Doc. 3). Defendants request an additional 60 days to answer.

The Court has reviewed the Motion and finds that it should be granted.

IT IS HEREBY ORDERED that the deadline for Defendants to file an Answer or respond to Plaintiffs' Complaint is extended from April 26, 2021 to **Friday, June 25, 2021.**

                                     */s/ Kevin Sweazea*
                                     THE HONORABLE KEVIN R. SWEAZEA
                                     United States Magistrate Judge

---

[1] Merrick B. Garland is substituted for Monty Wilkinson pursuant to Fed. R. Civ. P. 25(d).

Submitted by:

*/s/ Christine H. Lyman 4/15/2021*
Christine H. Lyman
Assistant United States Attorney
*Counsel for Defendants*


Approved by:

*/s/ Heather Kryzak approved electronically 4/14/21*
Heather Kryzak
*Counsel for Plaintiffs*